# Court of Appeals
# of the State of Georgia

ATLANTA, August 06, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0006. VINEYARD INDUSTRIES, INC. et al. v. JACQUELINE MORRIS.**

Vineyard Industries, Inc. seeks immediate review of the trial court's order denying its motion to open default. The trial court entered its order on July 2, 2021 and the certificate of immediate review on July 13, 2021. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement, see *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974), and if the certificate of immediate review is not entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the certificate of immediate review was entered 11 days after entry of the order on appeal. Accordingly, we lack

jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   08/06/2021          *
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*